1184

No. 85–1909. Mosley v. United States. C. A. 7th Cir. Certiorari denied.

No. 85–6388. Maggitt v. United States. C. A. 5th Cir. Certiorari denied.

No. 85–6417. Napue v. United States. C. A. 7th Cir. Certiorari denied.

No. 85–6527. Gray v. Cody, Attorney General of Tennessee, et al. C. A. 6th Cir. Certiorari denied.

No. 85–6562. Baxter v. Federal Communications Commission. C. A. D. C. Cir. Certiorari denied.

No. 85–6599. Highighi v. United States. C. A. 3d Cir. Certiorari denied.

No. 85–6600. Wood v. United States. C. A. 11th Cir. Certiorari denied.

No. 85–6633. Mitchell v. United States. C. A. 5th Cir. Certiorari denied.

No. 85–6655. Mormon v. Illinois. C. A. 7th Cir. Certiorari denied.

No. 85–6664. Owens v. United States. C. A. 10th Cir. Certiorari denied.

No. 85–6695. Remington v. United States. C. A. 5th Cir. Certiorari denied.

No. 85–6760. Watson v. McCotter. C. A. 10th Cir. Certiorari denied.

No. 85–6764. Leecan v. Connecticut. Sup. Ct. Conn. Certiorari denied.

No. 85–6774. Judd v. United States et al. C. A. 9th Cir. Certiorari denied.

No. 85–6779. Stevens v. Fulcomer, Superintendent, State Correctional Institution at Huntingdon. C. A. 3d Cir. Certiorari denied.